ADOLPH E. S. DE MEYER, Respondent, *v.* CHARLOTTE G. BREITUNG et al., Doing Business under the Firm Name of BREITUNG & CO., LTD., Appellants.

Reported below, 171 App. Div. 951.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover a balance alleged to be due as the purchase price of certain shares of stock.

The motion was made upon the ground that the appeal was taken solely for delay, that it was without merit and that by the time the appeal could be heard in regular order the question involved would be academic.

*George Boochever* for motion.

*Otto C. Sommerich* opposed.

Motion denied, with ten dollars costs.